B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Malcom, Sinetra L** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **3078** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**377 W 16th St**<br>**Chicago Heights, IL**<br>ZIPCODE **60411** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Malcom, Sinetra L** |
|---|---|

<table>
<tr><td colspan="3" align="center">**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:**None**</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center">**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br>**None**</td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td><div align="center">**Exhibit A**</div>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>
☐ Exhibit A is attached and made a part of this petition.</td>
<td><div align="center">**Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)</div>
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>
X **/s/ Derek V Lofland**                           **1/09/09**<br>
   Signature of Attorney for Debtor(s)                 Date</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Malcom, Sinetra L** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Sinetra L Malcom**
<u>Signature of Debtor</u>                                    **Sinetra L Malcom**

X
<u>Signature of Joint Debtor</u>

<u>Telephone Number (If not represented by attorney)</u>
**January 9, 2009**
<u>Date</u>

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
<u>Signature of Foreign Representative</u>

<u>Printed Name of Foreign Representative</u>

<u>Date</u>

---

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney***

X **/s/ Derek V Lofland**
<u>Signature of Attorney for Debtor(s)</u>

**Derek V Lofland 6280490**
**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL 60602**
**(312) 578-9530  Fax: (312) 578-9524**
**derek@chicagobk.com**

**January 9, 2009**
<u>Date</u>

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

<u>Printed Name and title, if any, of Bankruptcy Petition Preparer</u>

<u>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)</u>

<u>Address</u>

X
<u>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.</u>

<u>Date</u>

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
<u>Signature of Authorized Individual</u>

<u>Printed Name of Authorized Individual</u>

<u>Title of Authorized Individual</u>

<u>Date</u>

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts:  (1) Describes briefly the services available from credit counseling services;  (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described.  Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition.  Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days before the bankruptcy filing.  The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator.  The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7.  If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law.  A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

　　2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

　　3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

　　Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

　　Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

　　A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

　　**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Malcom, Sinetra L** _____
Printed Name(s) of Debtor(s)

X _/s/ Sinetra L Malcom_                    1/09/2009
Signature of Debtor                             Date

Case No. (if known) _____

X _____
Signature of Joint Debtor (if any)            Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Malcom, Sinetra L**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Single Family Residence at: 377 W 16th St, Chicago Heights, IL 60411** | | | 76,000.00 | 74,176.00 |
| **Single Family Residence Rental Property located at 18960 Willow Rd, Country Club Hills, IL** | | | 170,000.00 | 132,000.00 |
| | | **TOTAL** | 246,000.00 | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

**IN RE** Malcom, Sinetra L

Debtor(s)                                                    Case No. _____

                                                             (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **Cash on Hand** | | **50.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account w/ WAMU** <br><br> **Savings account w/ United CU** | | **100.00** <br><br> **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Misc Household Goods** | | **950.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | | **250.00** |
| 6. Wearing apparel. | | **Used Clothing** | | **250.00** |
| 7. Furs and jewelry. | | **Misc Costume Jewelry** | | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life thru work - no cash value** | | **0.00** |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension with current employer - 100% Exempt** | | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Mutual Fund w/ Valek** | | **1,300.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE __Malcom, Sinetra L__
              Debtor(s)                  Case No. _____
                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Chevy Cavalier** | | **3,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE __Malcom, Sinetra L__

Debtor(s)                                                     Case No. _____

                                                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.   Farming equipment and implements. | X | | | |
| 34.   Farm supplies, chemicals, and feed. | X | | | |
| 35.   Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 6,050.00 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Malcom, Sinetra L**                                              Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Single Family Residence at: 377 W 16th St, Chicago Heights, IL  60411** | **735 ILCS 5 §12-901** | **15,000.00** | **76,000.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash on Hand** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Checking account w/ WAMU** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Savings account w/ United CU** | **735 ILCS 5 §12-1001(b)** | **100.00** | **100.00** |
| **Misc Household Goods** | **735 ILCS 5 §12-1001(b)** | **950.00** | **950.00** |
| **Books, Pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other colletions or collectibles** | **735 ILCS 5 §12-1001(b)** | **250.00** | **250.00** |
| **Used Clothing** | **735 ILCS 5 §12-1001(a)** | **250.00** | **250.00** |
| **Misc Costume Jewelry** | **735 ILCS 5 §12-1001(b)** | **50.00** | **50.00** |
| **Pension with current employer - 100% Exempt** | **735 ILCS 5 §12-1006(a)** | **100%** | **0.00** |
| **Mutual Fund w/ Valek** | **735 ILCS 5 §12-1001(b)** | **1,300.00** | **1,300.00** |
| **2004 Chevy Cavalier** | **735 ILCS 5 §12-1001(c)** | **2,400.00** | **3,000.00** |
| | **735 ILCS 5 §12-1001(b)** | **600.00** | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Malcom, Sinetra L**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3640046148508**<br><br>**Aurora Loan Services I**<br>**10350 Park Meadows Dr St**<br>**Littleton, CO  80124** | | | **Mortgage account opened 4/07**<br><br><br>VALUE $ **170,000.00** | | | | **132,000.00** | |
| ACCOUNT NO. **1001000000000663257665**<br><br>**Washington Mutual Bank**<br>**1201 Third Avenue**<br>**Seattle, WA  98101** | | | **Revolving account opened 4/07**<br><br><br>VALUE $ **76,000.00** | | | | **15,713.00** | |
| ACCOUNT NO. **9083062093640**<br><br>**Washington Mutual Fa**<br>**7757 Bayberry Rd**<br>**Jacksonville, FL  32256** | | | **Mortgage account opened 5/06**<br><br><br>VALUE $ **76,000.00** | | | | **58,463.00** | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | $ **206,176.00** | $ |
| Total<br>(Use only on last page) | $ **206,176.00** | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE Malcom, Sinetra L
_____
Debtor(s)                              (If known)

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE Malcom, Sinetra L
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6070881047409237**<br><br>**American General Finan**<br>**7245 W 87th St Unit 4**<br>**Bridgeview, IL  60455** | | | **Installment account opened 6/07** | | | | **6,787.00** |
| ACCOUNT NO.<br><br>**Louis A Weinstock, Attorney**<br>**Laura Hrisko, Attorney**<br>**20 N Clark St Ste 2600**<br>**Chicago, IL  60602** | | | **Assignee or other notification for:**<br>**American General Finan** | | | | |
| ACCOUNT NO. **6070885021397001**<br><br>**American General Finan**<br>**2313 W 95th St**<br>**Chicago, IL  60643** | | | **Installment account opened 6/07** | | | | **3,106.00** |
| ACCOUNT NO. **516**<br><br>**Bank Of America**<br>**Pob 17054**<br>**Wilmington, DE  19884** | | | **Revolving account opened 4/07** | | | | **4,832.00** |

**2** continuation sheets attached

Subtotal
(Total of this page)  $ **14,725.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Malcom, Sinetra L**                                    Case No. _____
_____
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Capital One** PO Box 85015 Richmond, VA  23285-5015 | | | Collections | | | | 300.00 |
| ACCOUNT NO. **426684101922** **Chase** 800 Brooksedge Blvd Westerville, OH  43081 | | | Revolving account opened 11/04 | | | | 7,999.00 |
| ACCOUNT NO. **405355940068** **Chase** 800 Brooksedge Blvd Westerville, OH  43081 | | | Revolving account opened 2/98 | | | | 623.00 |
| ACCOUNT NO. **6004300108788446** **Hsbc/menards** 90 Christiana Rd New Castle, DE  19720 | | | Revolving account opened 4/07 | | | | 3,828.00 |
| ACCOUNT NO. **700132110391** **Hsbc/vlcty** 1405 Foulk Road Wilmington, DE  19808 | | | Revolving account opened 12/02 | | | | 696.00 |
| ACCOUNT NO. **110798** **Nicor Gas** 1844 Ferry Road Naperville, IL  60563 | | | Open account opened 5/07 | | | | 881.00 |
| ACCOUNT NO. **6035320159533254** **Thd/cbsd** Po Box 6497 Sioux Falls, SD  57117 | | | Revolving account opened 4/04 | | | | 12,912.00 |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ 27,239.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Malcom, Sinetra L**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1498096061** <br><br>**Wash Mutual/providian** <br>**Po Box 9180** <br>**Pleasanton, CA  94566** | | | Revolving account opened 4/07 | | | | 5,227.00 |
| ACCOUNT NO. **106020445715384** <br><br>**Wffinancial** <br>**9620 S Roberts Rd** <br>**Hickory Hills, IL  60457** | | | Revolving account opened 6/04 | | | | 5,043.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **10,270.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ **52,234.00**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Malcom, Sinetra L**
_____    Case No. _____
Debtor(s)    (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Son** | | AGE(S):<br>**14** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **See Schedule Attached** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 2,059.76 | $ |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ 2,059.76 | $ |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 235.50 | $ |
| b. Insurance | $ 18.79 | $ |
| c. Union dues | $ | $ |
| d. Other (specify) **See Schedule Attached** | $ 184.18 | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 438.47 | $ |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 1,621.29 | $ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 1,621.29 | $ |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ 1,621.29

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Malcom, Sinetra L**                                                    Case No. _____
<div align="center">Debtor(s)</div>

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Lunchroom Attendent** | |
| Name of Employer | **CPS** | |
| How long employed | **12 years** | |
| Address of Employer | **125 S Clark St** | |
| | **Chicago, IL  60603** | |
| | | |
| Occupation | **Customer Service** | |
| Name of Employer | **Value City Department Store** | |
| How long employed | **6 years** | |
| Address of Employer | | |
| | **Chicago, IL** | |

| | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **403b** | **108.33** | |
| **Charity** | **1.67** | |
| **Union Due** | **31.20** | |
| **Pension** | **27.34** | |
| **Group Legal** | **15.64** | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE __Malcom, Sinetra L__                                                    Case No. _____
_____Debtor(s)_____                                           (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 700.00 |
|   a. Are real estate taxes included?   Yes ✓   No ____ | | |
|   b. Is property insurance included?   Yes ✓   No ____ | | |
| 2. Utilities: | | |
|   a. Electricity and heating fuel | $ | 125.00 |
|   b. Water and sewer | $ | |
|   c. Telephone | $ | 75.00 |
|   d. Other _____ | $ | |
| | $ | |
| 3. Home maintenance (repairs and upkeep) | $ | |
| 4. Food | $ | 200.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 35.00 |
| 8. Transportation (not including car payments) | $ | 125.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 15.00 |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|   a. Homeowner's or renter's | $ | |
|   b. Life | $ | |
|   c. Health | $ | |
|   d. Auto | $ | 90.00 |
|   e. Other | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|   (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|   a. Auto | $ | |
|   b. Other  **Second Mortgage** | $ | 100.00 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other _____ | $ | |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data. 

$ **1,615.00**

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ | 1,621.29 |
|   b. Average monthly expenses from Line 18 above | $ | 1,615.00 |
|   c. Monthly net income (a. minus b.) | $ | 6.29 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **Malcom, Sinetra L** _____          Case No. _____
                              Debtor(s)                                               (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January  9, 2009** _____          Signature: **_/s/ Sinetra L Malcom_**_____
                                           **Sinetra L Malcom**                        Debtor

Date: _____          Signature: _____
                                                                 (Joint Debtor, if any)
                                                               [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

_If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person._

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (_total shown on summary page plus 1_), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                              _____
                                                                  (Print or type name of individual signing on behalf of debtor)

       _[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]_

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

Malcom, Sinetra L _____              Chapter **7** _____
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 20,000.00 | 2006 Income from employment |
| 20,000.00 | 2007 Income from employment |
| 1,720.05 | 2008 Income from employment (monthly) |

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **American General v. Debtor 08 M1 168615** | **Collection** | **Circuit Court of Cook County** | **Judgment for Plaintiff** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **9/23/2008** | **676.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **January  9, 2009** _____      Signature  */s/ Sinetra L Malcom* _____
                                           of Debtor                                    **Sinetra L Malcom**

Date: _____             Signature _____
                                           of Joint Debtor
                                           (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                    Case No. _____

**Malcom, Sinetra L** _____    Chapter **7** _____
                            Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $  246,000.00 | | |
| B - Personal Property | Yes | 3 | $  6,050.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $  206,176.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $  0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $  52,234.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $  1,621.29 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $  1,615.00 |
| TOTAL | | 15 | $  252,050.00 | $  258,410.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Form 6 - Statistical Summary (12/07)**

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                     Case No. _____

__Malcom, Sinetra L__                                             Chapter **7** _____
                        Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **0.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **1,621.29** |
| Average Expenses (from Schedule J, Line 18) | $ | **1,615.00** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **2,059.76** |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **0.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | **0.00** |
| 4. Total from Schedule F | | $ | **52,234.00** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | **52,234.00** |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:

Malcom, Sinetra L
_____
Debtor(s)

Case No. _____

Chapter **7**_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: **/s/ Sinetra L Malcom**_____

Date: **January 9, 2009**_____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

**Malcom, Sinetra L** _____    Chapter **7** _____

                                    Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Aurora Loan Services I** | **Describe Property Securing Debt:**<br>**Single Family Residence Rental Property located at 18960 W** |
| Property will be *(check one)*:<br>☑ Surrendered  ☐ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☐ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☐ Claimed as exempt  ☑ Not claimed as exempt | |

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual Bank** | **Describe Property Securing Debt:**<br>**Single Family Residence at: 377 W 16th St, Chicago Heights,** |
| Property will be *(check one)*:<br>☐ Surrendered  ☑ Retained<br><br>If retaining the property, I intend to *(check at least one)*:<br>☐ Redeem the property<br>☑ Reaffirm the debt<br>☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is *(check one)*:<br>☑ Claimed as exempt  ☐ Not claimed as exempt | |

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**January  9, 2009**_____          **/s/ Sinetra L Malcom** _____
                                             Signature of Debtor


                                             _____
                                             Signature of Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Washington Mutual Fa** | **Describe Property Securing Debt:**<br>**Single Family Residence at: 377 W 16th St, Chicago Heights,** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes  ☐ No |

Continuation sheet ___**1**___ of ___**1**___

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                    Case No. _____

Malcom, Sinetra L _____    Chapter **7** _____
                            Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____**15**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **January  9, 2009** _____    */s/ Sinetra L Malcom* _____
                                            Debtor


                                            _____
                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Malcom, Sinetra L
377 W 16th St
Chicago Heights, IL  60411

Louis A Weinstock, Attorney
Laura Hrisko, Attorney
20 N Clark St Ste 2600
Chicago, IL  60602

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Nicor Gas
1844 Ferry Road
Naperville, IL  60563

American General Finan
7245 W 87th St Unit 4
Bridgeview, IL  60455

Thd/cbsd
Po Box 6497
Sioux Falls, SD  57117

American General Finan
2313 W 95th St
Chicago, IL  60643

Wash Mutual/providian
Po Box 9180
Pleasanton, CA  94566

Aurora Loan Services I
10350 Park Meadows Dr St
Littleton, CO  80124

Washington Mutual Bank
1201 Third Avenue
Seattle, WA  98101

Bank Of America
Pob 17054
Wilmington, DE  19884

Washington Mutual Fa
7757 Bayberry Rd
Jacksonville, FL  32256

Capital One
PO Box 85015
Richmond, VA  23285-5015

Wffinancial
9620 S Roberts Rd
Hickory Hills, IL  60457

Chase
800 Brooksedge Blvd
Westerville, OH  43081

Hsbc/menards
90 Christiana Rd
New Castle, DE  19720

Hsbc/vlcty
1405 Foulk Road
Wilmington, DE  19808

B6H (Official Form 6H) (12/07)

IN RE **Malcom, Sinetra L** _____    Case No. _____
                    Debtor(s)                                        (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Malcom, Sinetra L** _____ Case No. _____
         Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

**IN RE:**                                                                                          Case No. _____

**Malcom, Sinetra L** _____    Chapter **7** _____

<div align="center">Debtor(s)</div>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................................ $ _____ **676.00**

    Prior to the filing of this statement I have received ....................................................................... $ _____ **676.00**

    Balance Due ............................................................................................................. $ _____ **0.00**

2.  The source of the compensation paid to me was: ☑ Debtor   ☐ Other (specify)

3.  The source of compensation to be paid to me is:   ☐ Debtor   ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Litigation / Adversary Proceedings**
    **$400.00 for Motions to Redeem**
    **Credit Counseling Fees**

<div style="text-align:center; border:1px solid black;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

</div>

_____                    **/s/ Derek V Lofland**
<div align="center">Date</div>

January  9, 2009

**Derek V Lofland 6280490**
**Gleason & Gleason**
**77 W Washington, Ste 1218**
**Chicago, IL  60602**
**(312) 578-9530 Fax: (312) 578-9524**
**derek@chicagobk.com**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



CHICAGO PUBLIC SCHOOLS
P.O. BOX 09003
CHICAGO, ILLINOIS 60609

PAGE: Eight
DATE: July 3, 2008
PAY RUN ID: ES20080628-0501773607
ADVICE NUMBER: 501773607

PAY PERIOD : 06/15/08-06/28/08
LANE/GRADE: F20
STEP: 65



11653 CKI ZA 06140 - 0501773607 NNNN 1845100002601 X37101 A

SINETRA LYNN MALCOM
377 W 16TH ST
CHICAGO HEIGHTS IL 60411-3248

| EMPLOYEE ID: | 000046010 | | | | YTD TOTAL GROSS: | $11,112.05 |
|---|---|---|---|---|---|---|
| TIME CURRENT: | 0.00 | | | | YTD TAXABLE GROSS: | $7,474.22 |
| OVERTIME: | 0.00 | | | | MAIL DROP/DEPT/JOB CODE: | 00697/23891/002763 |

POSITION/EARN TYPE---HOURS-AMOUNT/ADJ.--ADJ. PP

160636/DeferredPy      0.00      601.16

TAXES/DEDUCTIONS/NET---------------CURRENT--------YTD--

| | | CURRENT | YTD |
|---|---|---|---|
| BCBS HMO Employee +1 | | | |
| 403(b) Deferred Savings P | | 8.67 | 112.71 |
| CPS Pension Plan | | 50.00 | 650.00 |
| Break Advance Repayment | | 12.62 | 164.06 |
| Deferred Pay Balance | | 0.00 | 769.96 |
| Fed Withholding | M00 | 0.00 | 2491.16 |
| Fed MED/EE | | 22.22 | 343.24 |
| IL Withholdng | 00 | 8.59 | 120.18 |
| Group Legal Plan | | 15.90 | 224.26 |
| Combined Charities | | 7.22 | 93.86 |
| Hotel Res Emp Local 1 Due | | 0.77 | 10.01 |
| United Credit Union | | 14.40 | 187.20 |
| | | 50.00 | 650.00 |

| BENEFIT DAYS--------------------- | | | | |
|---|---|---|---|---|
| SCK | 25.04 | SCP | 0.00 | |
| VAC | 3.00 | VC1 | 0.00 | PBD 0.00 |
| | | VC2 | 0.00 | VC2 2.00 |

CBOE Pension Contrib      42.08      547.04

PAYMENT DISTRIBUTION-----------------------
Checking           ******2780           410.77

*** CURRENT GROSS PAY        $601.16

*** CURRENT NET PAY        $410.77

MESSAGES: ESP PP 13 Payroll



CHICAGO PUBLIC SCHOOLS
P.O. BOX 09003
CHICAGO, ILLINOIS 60609

ADVICE
NUMBER        501773607

July 3, 2008

PAY
TO THE
ORDER OF:        SINETRA LYNN MALCOM

$410.77

## ADVICE OF DEPOSIT - NON NEGOTIABLE

SECURITY FEATURES
INCLUDED.
SEE DETAILS ON BACK

⑈"501773607"⑈  ⑆071923226⑆

9435115⑈



**CHICAGO PUBLIC SCHOOLS**
P.O. BOX 2866
CHICAGO, IL 60690

DATE: August 29, 2008
PAY RUN ID: ES20080823-0501953904
ADVICE NUMBER: 501953904

PAY PERIOD : 08/10/08-08/23/08
LANE/GRADE: F20
STEP: 65

SINETRA LYNN MALCOM
377 W 16TH ST
CHICAGO HEIGHTS IL 60411-3248

| | | |
|---|---|---|
| EMPLOYEE ID: | 000046010 | |
| TIME CURRENT: | 0.00 | |
| OVERTIME: | 0.00 | |

| | YTD TOTAL GROSS: | $13,516.69 |
|---|---|---|
| | YTD TAXABLE GROSS: | $9,593.60 |
| | MAIL DROP/DEPT/JOB CODE: | 00196/23891/002763 |

POSITION/EARN TYPE---HOURS-AMOUNT/ADJ.--ADJ. PP

160636/DeferredPy     0.00     601.16

TAXES/DEDUCTIONS/NET----------CURRENT------YTD--

| | CURRENT | YTD |
|---|---|---|
| BCBS HMO Employee +1 | | |
| 403(b) Deferred Savings P | 8.67 | 147.39 |
| CPS Pension Plan | 50.00 | 850.00 |
| Break Advance Repayment | 12.62 | 214.54 |
| Deferred Pay Balance | 0.00 | 769.96 |
| Fed Withholding         M00 | 0.00 | 86.52 |
| Fed MED/EE | 22.22 | 432.12 |
| IL Withholding         00 | 8.59 | 154.54 |
| Group Legal Plan | 15.90 | 287.86 |
| Combined Charities | 7.22 | 122.74 |
| Hotel Res Emp Local 1 Due | 0.77 | 13.09 |
| United Credit Union | 15.65 | 247.30 |
| | 50.00 | 850.00 |

| | | |
|---|---|---|
| BENEFIT DAYS | | |
| SCK  35.04 | SCP   0.00 | |
| VAC   3.00 | VC1   0.00 | PBD   2.00 |
| | | VC2   0.00 |

*** CURRENT GROSS PAY        $601.16

MESSAGES: ESP Payroll PP 17

| | CURRENT | YTD |
|---|---|---|
| CBOE Pension Contrib | 42.08 | 715.36 |

PAYMENT DISTRIBUTION------------------------
Checking          ******2780          409.52

*** CURRENT NET PAY        $409.52

---



**CHICAGO PUBLIC SCHOOLS**
P.O. BOX 2866
CHICAGO, IL 60690

ADVICE
NUMBER     501953904

August 29, 2008

PAY
TO THE        SINETRA LYNN MALCOM
ORDER OF:

$409.52

# ADVICE OF DEPOSIT - NON NEGOTIABLE

SECURITY FEATURES INCLUDED
SEE DETAILS ON BACK

⑈501953904⑈ ⑆071923226⑈          9435115⑈

MADE POSSIBLE BY YOUR CUSTOMERS...
MALCOM, SINETRA L.

180566

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTIONS | | YTD | DEDUCTIONS | | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 6 00 | 55 32 | | FED W/ | | | | | |
| AWARD2 | | 5 38 | | SOC SE | 3 76 | 357 70 | | | |
| HOLIDAY | | | | MEDICA | 0 88 | 83 66 | | | |
| MAG SP | | | | IL W/H | 1 82 | 173 12 | | | |
| EncoreS | | | | | | | | | |
| WarrSPI | | | | | | | | | |

| TOTAL GROSS | 60 70 | 5769 41 | TOTAL CURRENT DEDUCTIONS | 8 25 | NET PAY | $52 .45 |
|---|---|---|---|---|---|---|

| DEPOSITED | ACCOUNT | AMOUNT |
|---|---|---|
| ACH DEP | 1110023535967 | 52.45 |

CHECK YOUR ADDRESS

---

MADE POSSIBLE BY YOUR CUSTOMERS...
MALCOM, SINETRA L.

180566                    Period End Date:    09/08/07    Check No.  1912207

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTIONS | | YTD | DEDUCTIONS | | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 19 25 | 173 25 | | FED W/ | 12 38 | 530 80 | | | |
| MAG SP | | 1 50 | | SOC SE | 10 84 | 411 04 | | | |
| HOLIDAY | | | | MEDICA | 2 53 | 96 13 | | | |
| OVERTIM | | | | IL W/H | 5 24 | 198 89 | | | |
| AWARD2 | | | | | | | | | |
| WarrSPI | | | | | | | | | |

| TOTAL GROSS | 174 75 | 6629 61 | TOTAL CURRENT DEDUCTIONS | 30 99 | NET PAY | $143 .76 |
|---|---|---|---|---|---|---|

| DEPOSITED | ACCOUNT | AMOUNT |
|---|---|---|
| ACH DEP | 1110023535967 | 143.76 |

CHECK YOUR ADDRESS

---

MADE POSSIBLE BY YOUR CUSTOMERS...
MALCOM, SINETRA L.

180566                    Period End Date:    08/23/08    Check No.  206437

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTIONS | | YTD | DEDUCTIONS | | YTD |
|---|---|---|---|---|---|---|---|---|---|
| REGULAR | 26 25 | 242 03 | | FED W/ | 21 60 | 403 96 | | | |
| EncoreS | | 2 00 | | SOC SE | 15 13 | 338 64 | | | |
| HOLIDAY | | | | MEDICA | 3 54 | 79 20 | | | |
| MAG SP | | | | IL W/H | 7 32 | 163 90 | | | |
| AWARD2 | | | | | | | | | |

| TOTAL GROSS | 244 03 | 5461 88 | TOTAL CURRENT DEDUCTIONS | 47 59 | NET PAY | $196 .44 |
|---|---|---|---|---|---|---|

| DEPOSITED | ACCOUNT | AMOUNT |
|---|---|---|
| ACH DEP | 1110023535967 | 196.44 |

**MADE POSSIBLE BY YOUR CUSTOMERS...**
MALCOM, SINETRA L.
180566

Period End Date: 08/30/08    Check No. 2066014

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTIONS | YTD | DEDUCTIONS | YTD |
|---|---|---|---|---|---|---|---|
| REGULAR | 26.50 | 244.33 | | FED W/ 22.02 | 425.98 | | |
| MAG SP | | 1.50 | | SOC SE 15.30 | 353.94 | | |
| HOLIDAY | | 1.00 | | MEDICA 3.58 | 82.78 | | |
| AWARD2 | | | | IL W/H 7.40 | 171.30 | | |
| Encores | | | | | | | |

| TOTAL GROSS | | | TOTAL CURRENT DEDUCTIONS | | NET PAY | |
|---|---|---|---|---|---|---|
| 246.83 | | 5708.71 | 48.30 | | $198.53 | |

| DEPOSITED | ACCOUNT | AMOUNT |
|---|---|---|
| ACH DEP | 1110023535967 | 198.53 |

---

**MADE POSSIBLE BY YOUR CUSTOMERS...**
MALCOM, SINETRA L.
180566

Period End Date: 09/13/08    Check No. 2069370

| EARNINGS | HOURS | AMOUNT | YTD | DEDUCTIONS | YTD | DEDUCTIONS | YTD |
|---|---|---|---|---|---|---|---|
| REGULAR | 18.25 | 168.27 | | FED W/ 11.73 | 439.50 | | |
| HOLIDAY | | | | SOC SE 10.44 | 368.14 | | |
| MAG SP | | | | MEDICA 2.44 | 86.10 | | |
| AWARD2 | | | | IL W/H 5.05 | 178.17 | | |
| Encores | | | | | | | |
| WarrSPI | | | | | | | |

| TOTAL GROSS | | | TOTAL CURRENT DEDUCTIONS | | NET PAY | |
|---|---|---|---|---|---|---|
| 168.27 | | 5937.68 | 29.66 | | $138.61 | |

| DEPOSITED | ACCOUNT | AMOUNT |
|---|---|---|
| ACH DEP | 1110023535967 | 138.61 |

CHECK YOUR ADDRESS



**Electronic Filing Instructions for your 2007 Federal Tax Return**
**Important: Your taxes are not finished until all required steps are completed.**

Declaration Control Number: 00-320015-38517-8   Accepted: 02/06/2008

SINETRA L MALCOM
377 W 16TH STREET
CICAGO HEIGHTS, IL  60411

| | |
|---|---|
| **Balance Due/ Refund** | Your federal tax return (Form 1040) shows a refund due to you in the amount of $4,798.00. Applicable fees were deducted from your original refund amount of $4,798.00. Your refund is now $4,723.15. The IRS estimates that you can expect your tax refund to be direct deposited into your account between 02/15/2008 and 02/19/2008. This is only an estimate. Account Number: 3094297310 Routing Transit Number: 071074528 |
| **Where's My Refund?** | Before you call the Internal Revenue Service with questions about your refund, give them 9 to 14 days processing time from the date your return is accepted. If then you have not received your refund, or the amount is not what you expected, contact the Internal Revenue Service directly at 1-800-829-4477. You can also check www.irs.gov and select the "Where's my refund?" link. |
| **What You Need to Sign and Mail** | Form 8453-OL.<br><br>What is this form?<br>This is the form you will use for signing your name.<br><br>Where is this form?<br>Form 8453-OL is included in this printout.<br><br>When do I mail it?<br>Do not mail Form 8453-OL until after your return is accepted by the IRS.<br><br>When will my return be accepted by the IRS?<br>It usually takes 1 or 2 days for confirmation of acceptance.<br><br>How will I know my return is accepted?<br>Watch your e-mail. We will send you an e-mail to let you know when your return is accepted. It usually takes about 1 to 2 days to get the e-mail.<br><br>What do I do after I get the e-mail?<br>You will receive additional instructions for mailing Form 8453-OL in your e-mail. Follow the instructions to mail this form to the IRS.<br><br>When should I mail the form?<br>Mail Form 8453-OL promptly after your return is accepted. |

Page 1 of 2

**Electronic Filing Instructions for your 2007 Federal Tax Return**
Important: Your taxes are not finished until all required steps are completed.



Declaration Control Number: 00-320015-38517-8    Accepted: 02/06/2008

SINETRA L MALCOM
377 W 16TH STREET
CICAGO HEIGHTS, IL  60411

| **What You Need to Sign and Mail (Continued)** | Mail Form 8453-OL to:<br><br>    Internal Revenue Service<br>    Attn: Shipping and Receiving, 0254<br>    Receipt and Control Operations<br>    Andover, MA  05544-0254<br><br>Don't forget correct postage on the envelope. |
| --- | --- |
| **Do Not Mail** | Do not mail a paper copy of your tax return. Since you filed electronically, the Internal Revenue Service already has your return. |
| **What You Need to Keep** | Your Electronic Filing Instructions (this form)<br>Printed copy of Form 8453-OL<br>Printed copy of your federal return |

| **2007 Federal Tax Return Summary** | | |
| --- | --- | --- |
| Adjusted Gross Income | $ | 16,264.00 |
| Taxable Income | $ | 842.00 |
| Total Tax | $ | 0.00 |
| Total Payments/Credits | $ | 4,798.00 |
| Amount to be Refunded | $ | 4,798.00 |
| Effective Tax Rate | | -10.09% |

**Page 2 of 2**



Dear SINETRA,

Thanks for preparing your taxes with TurboTax this year. Our goal at TurboTax is to help you complete your taxes easily, accurately, and confidently. Here's a quick summary of your bottom line and how you got there:

You maximized your refund:  $ 4,798.00

With TurboTax Basic:
- Your filed return has 100% guaranteed accurate calculations*
- You received a printed copy of your return with supporting documents for your records
- If you're a returning customer, you also saved time by automatically transferring information from last year's return

With TurboTax State:
- You saved time by automatically transferring your federal tax information to your state return

With Refund Transfer:
- Your TurboTax fee was conveniently and automatically deducted from your refund

With FREE Electronic Filing:
- You'll know when the IRS receives your return and you'll get your refund in as little as 9 days

If you would like to provide feedback on your experience or are interested in learning about new TurboTax products and services, please visit our website at www.turbotax.com. We look forward to helping make your taxes easier next year, too.

Many happy returns,
The TurboTax Team

* 100% guaranteed accurate calculation - If you pay an IRS or state penalty or interest because of a TurboTax calculation error, we'll pay the penalty plus interest.

ELECTRONIC POSTMARK - CERTIFICATE OF ELECTRONIC FILING
TAXPAYER:  SINETRA L MALCOM
PRIMARY SSN: 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


FEDERAL RETURN SUBMITTED:   February 06, 2008   07:19 PM PST
FEDERAL RETURN ACCEPTANCE DATE:  02/06/2008

_____

The Intuit Electronic Postmark shows the date and time Intuit received
your federal tax return. The Intuit Electronic Postmark documents the
filing date of your income tax return, and the electronic postmark
information should be kept on file with your tax return and other
tax-related documentation.

There are two important aspects of the Intuit Electronic Postmark:


1. THE INTUIT ELECTRONIC POSTMARK.
The electronic postmark shows the date and time Intuit received the
federal return, and is deemed the filing date if the date of the
electronic postmark is on or before the date prescribed for filing of the
federal individual income tax return.


TIMELY FILING:
For your federal return to be considered filed on time, your return must
be postmarked on or before midnight April 15, 2008. Intuit's electronic
postmark is issued in the Pacific Time (PT) zone. If you are not filing
in the PT zone, you will need to add or subtract hours from the Intuit
Electronic Postmark time to determine your local postmark time. For
example, if you are filing in the Eastern Time (ET) zone and you
electronically file your return at 9 AM on April 15, 2008, your Intuit
electronic postmark will indicate April 15, 2008, 6 AM. If your federal
tax return is rejected, the IRS still considers it filed on time if the
electronic postmark is on or before April 15, 2008, and a corrected
return is submitted and accepted before April 20, 2008. If your return is
submitted after April 20, 2008, a new time stamp is issued to reflect
that your return was submitted after the IRS deadline and, consequently,
is no longer considered to have been filed on time.

If you request an automatic six-month extension, your return must be
electronically postmarked by midnight October 15, 2008. If your federal
tax return is rejected, the IRS will still consider it filed on time if
the electronic postmark is on or before October 15, 2008, and the
corrected return is submitted and accepted by October 20, 2008.


2. THE ACCEPTANCE DATE.
Once the IRS accepts the electronically filed return, the acceptance date
will be provided by the Intuit Electronic Filing Center. This date is
proof that the IRS accepted the electronically filed return.

FDIU0401  09/27/07

Please enter your Declaration Control Number (DCN) here:

| 00 | – | 3 | 2 | 0 | 0 | 1 | 5 | – | 3 | 8 | 5 | 1 | 7 | – | 8 |

IRS Use Only — Do not write or staple in this space.

Form **8453-OL**

Department of the Treasury
Internal Revenue Service

## U.S. Individual Income Tax Declaration
### for an IRS e-file Online Return
For the year January 1 — December 31, 2007
▶ See instructions.

OMB No. 1545-0074

**2007**

L A B E L  H E R E

Use the IRS label. Otherwise, please print or type.

Your first name and initial: SINETRA L
Last name: MALCOM

If a joint return, spouse's first name and initial
Last name

Your social security number: 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
Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions: 377 W 16TH STREET
Apartment number

City, town or post office: CICAGO HEIGHTS
State: IL
ZIP code: 60411

▲ **Important!**
You must enter your
SSN(s) above. ▲

Daytime phone number: (773) 209-2705

---

**Part I   Tax Return or Request for Refund Information** (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) . . . . . . . . . . . . . 1 | 16,264. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 10) . . . . . . . . . . . . . . . . . . 2 | 0. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) . . . . . . . . 3 | 2,241. |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 44a; Form 1040EZ, line 11a; Form 1040-SS, Part I, line 12a) . . . . . . . . . . 4 | 4,798. |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 46; Form 1040EZ, line 12) (see instructions) . . . . . . . . 5 | |

---

**Part II   Declaration of Taxpayer. Be sure to keep a copy of your tax return**

**6 a** [X] I consent that my refund be directly deposited as designated in the refund section of my 2007 federal income tax return (or Form 8888, if applicable). If I have filed a joint tax return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

**b** [ ] I do not want direct deposit of my refund **or** I am not receiving a refund.

**c** [ ] I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this tax return and/or a payment of estimated tax. I further understand that this authorization may apply to future federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due tax return, I understand that if the IRS does **not** receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint federal and state tax return, and there is an error on my federal tax return, I understand my state tax return will be rejected.

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return, and accompanying schedules and statements for the tax year ending December 31, 2007, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I consent to allow my intermediate service provider and/or transmitter to send my tax return, to the IRS and to receive the following information from the IRS: **(a)** an acknowledgment of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the tax return or refund, **(d)** notification that Form 8453-OL signature documents have not been received for the past two years, if required, and **(e)** the date of any refund.

**Sign Here**

▶ Your signature _____ Date _____
▶ Spouse's signature. If a joint tax return, **both** must sign. _____ Date _____

**BAA  For Paperwork Reduction Act Notice, see instructions.**

Form **8453-OL** (2007)

FDIA6002  10/05/07

Please enter your Declaration Control Number (DCN) here:

| 00 | – | 3 | 2 | 0 | 0 | 1 | 5 | – | 3 | 8 | 5 | 1 | 7 | – | 8 |

IRS Use Only – Do not write or staple in this space.

Form **8453-OL**

Department of the Treasury
Internal Revenue Service

## U.S. Individual Income Tax Declaration for an IRS e-file Online Return
For the year January 1 – December 31, 2007
► **See instructions.**

OMB No. 1545-0074

**2007**

**Use the IRS label. Otherwise, please print or type.**

LABEL HERE

Your first name and initial: SINETRA L     Last name: MALCOM

Your social security number: 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

If a joint return, spouse's first name and initial     Last name

Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.
377 W 16TH STREET                Apartment number

**▲ Important! ▲**
You **must** enter your SSN(s) above.

City, town or post office: CICAGO HEIGHTS     State: IL     ZIP code: 60411

Daytime phone number: (773) 209-2705

---

### Part I   Tax Return or Request for Refund Information (Whole dollars only)

| | | |
|---|---|---:|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) . . . . . . . . . . . . . .   **1** | 16,264. |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 10) . . . . . . . . . . . . . . . . . . .   **2** | 0. |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) . . . . . . . . .   **3** | 2,241. |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 44a; Form 1040EZ, line 11a; Form 1040-SS, Part I, line 12a) . . . . . . . . .   **4** | 4,798. |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 46; Form 1040EZ, line 12) (see instructions) . . . . . . .   **5** | |

---

### Part II   Declaration of Taxpayer. Be sure to keep a copy of your tax return

**6 a** [X] I consent that my refund be directly deposited as designated in the refund section of my 2007 federal income tax return (or Form 8888, if applicable). If I have filed a joint tax return, this is an irrevocable appointment of the other spouse as an agent to receive the refund.

**b** [ ] I do not want direct deposit of my refund **or** I am not receiving a refund.

**c** [ ] I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this tax return and/or a payment of estimated tax. I further understand that this authorization may apply to future federal tax payments that I direct to be debited through the Electronic Federal Tax Payment System (EFTPS). In order for me to initiate future payments, I request that the IRS send me a personal identification number (PIN) to access EFTPS. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If I have filed a balance due tax return, I understand that if the IRS does not receive full and timely payment of my tax liability, I will remain liable for the tax liability and all applicable interest and penalties. If I have filed a joint federal and state tax return, and there is an error on my federal tax return, I understand my state tax return will be rejected.

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return, and accompanying schedules and statements for the tax year ending December 31, 2007, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of my electronic income tax return. I consent to allow my intermediate service provider and/or transmitter to send my tax return, to the IRS and to receive the following information from the IRS: **(a)** an acknowledgment of receipt or reason for rejection of the transmission, **(b)** an indication of any refund offset, **(c)** the reason for any delay in processing the tax return or refund, **(d)** notification that Form 8453-OL signature documents have not been received for the past two years, if required, and **(e)** the date of any refund.

**Sign Here**

► Your signature _____   Date _____

► Spouse's signature. If a joint return, **both** must sign. _____   Date _____

**BAA  For Paperwork Reduction Act Notice, see instructions.**

Form **8453-OL** (2007)

FDIA6002  10/05/07

## Santa Barbara Bank & Trust Refund Processing Agreement ('Agreement')

Name:    SINETRA L MALCOM

Social Security No.:    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

This Agreement contains important terms, conditions and disclosures about the processing of your refund by Santa Barbara Bank & Trust, a division of Pacific Capital Bank, N.A. ('SBBT'). Read this Agreement carefully before accepting its terms and conditions, and print a copy and/or retain this information electronically for future reference.

**1. Use Of Pronouns.** As used in this Agreement, the words 'you' and 'your' refer to the applicant or both the applicant and joint applicant if the 2007 federal income tax return is a joint return (individually and collectively, 'Applicant'). The words 'we,' 'us' and 'our' refer to SBBT.

**2. Authorization to Release Personal Information.** You authorize the Internal Revenue Service ('IRS') to disclose any information to SBBT related to the funding of your 2007 tax refund. You also authorize Intuit, as the transmitter of your electronically filed tax return, to disclose your tax return and contact information to SBBT for use in connection with the refund processing services being provided pursuant to this Agreement. Neither Intuit nor SBBT will disclose or use your tax return information for any other purpose, except as permitted by law. SBBT will not use your tax information or contact information for any marketing purpose. To view the SBBT Privacy Policy applicable to this Agreement, see Section 12 below.

**3. No Requirement To Have SBBT Process Your Refund In Order To File Electronically.** You understand that SBBT charges a refund processing fee to deduct Intuit's fees from your refund. You further understand that your tax year 2007 federal income tax return can be filed electronically, and your IRS refund direct deposited, without using SBBT's refund processing service by, instead, paying the applicable TurboTax filing fees to Intuit by credit or debit card at the time you file your 2007 federal income tax return.

**4. Summary of Terms**

| | |
|---|---:|
| Expected Federal Refund. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 4,798.00 |
| Less SBBT Refund Processing Fee. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 29.95 |
| Less Electronic Filing Transmission Fee and/or Service Fee for web users . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 44.90 |
| Less Additional Products and Services Purchased . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | |
| Expected Proceeds (1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ | 4,723.15 |

(1) This is only an estimate. The amount will be reduced by any applicable sales taxes.

**5. Temporary Deposit Account Authorization.** You hereby authorize SBBT to establish a temporary deposit account ('Deposit Account') for the purpose of receiving your tax year 2007 federal income tax refund from the IRS. SBBT must receive an acknowledgement from the IRS that your return has been electronically filed and accepted for processing before the Deposit Account can be opened. You authorize SBBT to deduct from your Deposit Account the following amounts: (i) the SBBT refund processing fee; (ii) the fees and charges related to the preparation, processing and transmission of your tax return; and, (iii) amounts to pay for additional products and services purchased plus applicable taxes. You authorize SBBT to disburse the balance of the Deposit Account to you after making all authorized deductions or payments.

**6. Acknowledgements.** (a) You understand that: (i) SBBT cannot guarantee the amount of your tax year 2007 federal income tax refund or the date it will be issued, and (ii) SBBT is not affiliated with the transmitter of the tax return (Intuit) and does not warrant the accuracy of the software used to prepare the tax return. (b) You agree that Intuit is not acting as your agent and is not under any fiduciary duty with respect to the processing of your refund by SBBT.

**7. Truth in Savings Disclosure.** The Deposit Account is being opened for the purpose of receiving your (both spouses if this is a jointly filed return) tax year 2007 federal tax refund. There is no cost to you for opening the Deposit Account. No other deposits may be made to this Deposit Account. No withdrawals will be allowed from the Deposit Account until all fees, charges, disbursements and payments authorized by this Agreement have been paid. No interest is payable on the deposit; thus, the annual percentage yield and interest rate are 0%. The Deposit Account will be closed after all authorized deductions have been made and any remaining balance has been disbursed to you. Questions or concerns about the Deposit Account should be directed to: SANTA BARBARA BANK & TRUST, attn: Refund Processing Department, P.O. Box 1030, Solana Beach, CA 92075, or to SBBT via the Internet at http://cisc.sbbtral.com.

**8. Direct Deposit Information.** The balance of your refund will be disbursed to you electronically by ACH Direct Deposit to your personal bank account designated below. If a joint return is filed, the bank account may be a joint account or the individual account of either spouse.

DIRECT DEPOSIT ACCOUNT TYPE:    [X] Checking    [ ] Savings

RTN #:    071074528       ACCOUNT #:    3094297310 _ _ _ _ _ _ _ _

Note: To insure that there are no delays in receiving your refund, please contact your financial institution to confirm that you are using the correct RTN (routing) and account number. If you or your representative enter your personal bank account information incorrectly and your deposit is returned to SBBT, the Account balance will be disbursed to you via an SBBT cashier's check mailed to the address on your tax return. If the direct deposit is not returned to SBBT, you will be responsible for the loss.

SINETRA L MALCOM

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

**9. Electronic Fund Transfers:** The Federal Electronic Fund Transfer Act provides you with certain rights and obligations regarding the funds that will be electronically deposited into and transferred from your Deposit Account with SBBT. If SBBT does not complete an electronic fund transfer to or from the Deposit Account on time or in the correct amount according to this Agreement, SBBT will be liable for your losses or damages. There are some exceptions, however, SBBT will not be liable, for instance, if: through no fault of SBBT, you do not have enough available funds in the Deposit Account to make the transfer; circumstances beyond SBBT's control (such as fire, flood, water damage, power failure, strike, labor dispute, computer breakdown, civil unrest, governmental action, acts of terrorism, telephone line disruption or a natural disaster) delay the transfer despite reasonable precautions taken by SBBT; the funds in the Deposit Account are subject to legal process or are otherwise not available for withdrawal; the information supplied by you or a third party is incorrect, incomplete, ambiguous or untimely; or, SBBT has reason to believe the transaction may not be authorized by you. If you believe that there is an error or if you have a question about your Deposit Account, you will write to Santa Barbara Bank & Trust, P.O. Box 1030, Solana Beach, California 92075, or call SBBT at 818-717-7228, or communicate with it via the Internet by logging on to http://osc.sbbtrtal.com, and provide SBBT with your name, a description or explanation of the error, and the dollar amount of the suspected error or the transfer you are unsure about. SBBT will determine whether the error occurred within 10 business days after it hears from you and will correct any error promptly. SBBT will tell you the results within three business days after completing its investigation. If SBBT decides that there was no error, it will send you a written explanation. You may ask for copies of the documents that SBBT used in its investigation. SBBT's business days are Monday through Friday, excluding holidays.

**10. Compensation.** In addition to any fees paid directly by you to Intuit, SBBT will pay a portion of SBBT's refund processing fee to Intuit in consideration of and pursuant to their agreement relating to Intuit's provision of various programming, testing, data processing, transmission, systems maintenance, status reporting and other software, technical and communications service.

**11. Governing Law.** The enforcement and interpretation of this Agreement and the transactions contemplated herein shall be governed by the laws of the State of California applicable to contracts executed and to be performed entirely in the State of California by residents of the State of California, without regard to the conflicts of laws, and, to the extent applicable, by the laws of the United States of America, including the Electronic Signatures in Global and National Commerce Act.

---

**12. Santa Barbara Bank & Trust Privacy Policy.**

**Privacy Policy.** To help the government fight the funding of terrorism and money laundering, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. SBBT will obtain information from and about you in connection with the opening of the Deposit Account.

Federal law requires SBBT to provide you with this statement. In this Privacy Policy, 'Confidential Information' means non-public personally identifiable information about you. This notice applies only to individuals who are using, or have used in the past, SBBT's refund processing services. SBBT may change (add to, delete or amend) the terms of this Privacy Policy at any time, giving you such notice as may then be required by law.

**Confidential Information SBBT collects.** We collect Confidential Information from you, Intuit and the IRS in connection with your refund processing in order to identify you, set up your temporary Deposit Account, and process your refund. This may include information such as your name, address, date of birth, social security number and personal bank account information. SBBT also collects information from the IRS concerning your refund deposit.

**Information SBBT shares and with whom.** We may disclose your Confidential Information to nonaffiliated third parties as permitted by law. However, we will not use or disclose your Confidential Information that we receive from Intuit or the IRS for marketing purposes. We also may disclose Confidential Information with your consent.

**Security procedures SBBT uses to protect your Confidential Information.** Inside SBBT, your information is accessible only to employees who need the information in order to process your product request or answer your questions. SBBT has a formal Code of Ethics and train its employees on their responsibility to maintain the privacy of your Confidential Information. SBBT also maintains physical, electronic and procedural safeguards that comply with federal standards to guard your Confidential Information.

**Questions?** If you have any questions regarding this Privacy Policy, please call 800-717-7228.

---

**YOUR AGREEMENT**

By selecting the 'I agree' button in TurboTax: (i) You authorize SBBT to receive your 2007 federal tax refund from the IRS and to make the deductions from your refund described in the Agreement, (ii) You agree to receive all Communications electronically in accordance with the 'Consent to Conduct Business Electronically' section of the License Agreement for Tax Year 2007 TurboTax(R) Software and Services, as the term 'Communications' is defined therein, (iii) You consent to the release of your 2007 refund deposit information and application information as described in Section 2 of this Agreement, and (iv) You acknowledge that you have reviewed, and agree to be bound by, the Agreement's terms and conditions. You understand that, if you change your tax year 2007 federal tax return information in a way that affects the amount of your refund, you must review and accept the Agreement again. If this is a joint return, selecting 'I agree' indicates that both spouses agree to be bound by the terms and conditions of the Agreement.

RTAPP

SBIA0912  09/17/07

Certificate Number: 01401-ILN-CC-005011747

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 27, 2008_____, at 12:29_____ o'clock PM EDT_____,

Sinetra L Malcom_____ received from

GreenPath, Inc._____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois_____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared_____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone_____.


Date: September 27, 2008_____     By   /s/Holli Bratt for Kristine Eaton_____

                                        Name   Kristine Eaton_____

                                        Title   Counselor_____


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                    Case No. _____

<u>Malcom, Sinetra L</u>                                    Chapter <u>7</u>
                        Debtor(s)

## DECLARATION REGARDING ELECTRONIC FILING
### Signed by Debtor(s) or Corporate Representative
### To Be Used When Filing over the Internet

**PART I - DECLARATION OF PETITIONER**
A. To be completed in all cases.                          Date: <u>October 23, 2008</u>

I (We) <u>Sinetra L Malcom</u> _____ and _____ , the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: *Sinetra L Malcom* _____       Signature: _____
            (Debtor or Corporate Officer, Partner or Member)                                (Joint Debtor)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only